**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

November 26, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

       RE:    **GULDI, Clifford Eugene**
                   **DKT. NO.: 5:02CR50016-001**
                   **Status Report**

Dear Judge Hendren:

On October 11, 2002, Mr. Guldi was sentenced by Your Honor for Possession with Intent to Distribute Heroin, to 70 months imprisonment, followed by a 3 year term of supervised release, $100 special assessment fee (paid) and a $10,000 fine (paid). The offender's term of supervision commenced on February 27, 2007, in the Western District of Arkansas.

On October 20, 2008, Mr. Guldi died at the VA Hospital in Oklahoma City, Oklahoma as a result of upper gastrointestinal bleeding and end stage liver disease. Our office was in the process of transferring Mr. Guldi's supervision to the U.S. Probation Office in Oklahoma City at the time of his death. The VA Medical Staff in Fayetteville believed Mr. Guldi would receive better medical care and family support if he was allowed to relocate to Oklahoma City. Mr. Guldi's brother, Shane Guldi, currently resides in Bethany, Oklahoma with his wife and children.

Following his death, Mr. Guldi was returned to Northwest Arkansas for his burial. On November 14, 2008, I obtained a certificate of death from Sisco Chapel Funeral Home in Springdale, Arkansas and have attached that document for your review.

Our office requests an Order Terminating Supervised Release be entered and this office close supervision as a result of Clifford Guldi's death. Should Your Honor require additional information, please advise.

Page 2
Guldi, Clifford Eugene
Dkt. #5:02CR50016-001

Respectfully submitted,

*[signature]*

Michael K. Scott
U.S. Probation Officer

Reviewed by

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✓ ___ Terminate Supervision

___ Other _____
_____
_____
_____
_____

*[signature]*                                    12/1/08
Honorable Jimm Larry Hendren            Date
Chief U.S. District Judge

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 01 2008

CHRIS R. JOHNSON, CLERK
BY *[signature]*
   DEPUTY CLERK